**FILED**

**FEB 19 2025**

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:25-cr-031 |
| v. | INDICTMENT |
| JIOVANNI MONROE THOMPSON, | T. 18 U.S.C. § 2 |
| | T. 18 U.S.C. § 371 |
| Defendant. | T. 18 U.S.C. § 922(g)(3) |
| | T. 18 U.S.C. § 922(u) |
| | T. 18 U.S.C. § 924(a)(8) |
| | T. 18 U.S.C. § 924(d) |
| | T. 18 U.S.C. § 924(i) |
| | T. 18 U.S.C. § 1951(a) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy to Interfere with Commerce Through Robbery)**

On or about February 7, 2024, in the Southern District of Iowa, the defendant, JIOVANNI MONROE THOMPSON, knowingly and intentionally conspired with persons known and unknown to the Grand Jury, to obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, through the commission of a robbery, that is, by unlawfully taking and obtaining personal property consisting of controlled substances, namely: marijuana, from the presence of persons the defendant and his co-conspirators believed to be involved in the distribution of marijuana, by means of actual and threatened force, violence, and fear of injury to their persons and property.

This is a violation of Title 18, United States Code, Section 1951(a).

1

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### (Conspiracy – Theft of Firearms from a Federal Firearms Licensee)

From a date unknown, but by at least March 2024, and continuing until on or about March 12, 2024, in the Southern District of Iowa, the defendant, JIOVANNI MONROE THOMPSON, knowingly and intentionally conspired with other persons to commit an offense against the United States, namely, a violation of Title 18, United States Code, Section 922(u), that is, theft of firearms from a federal firearms licensee. The objective of this conspiracy was to steal firearms from a federally licensed firearms dealer. In furtherance of the conspiracy, and to achieve the object thereof, the defendant and his co-conspirators, known and unknown to the Grand Jury, committed the following overt acts, among others, in the Southern District of Iowa:

1. In or about March 2024, the defendant planned the theft of firearms from a federal firearms licensee, to wit, Theisen's Home Farm Auto of Ames. The defendant recruited individuals to commit the theft and provided directions to the individuals, co-conspirators herein, about the location of the firearms.

2. On or about March 7, 2024, the defendant and other members of the conspiracy surveyed firearms at Theisen's Home Farm Auto of Ames.

3. On or about March 12, 2024, two members of the conspiracy stole approximately nine firearms from Theisen's Home Farm Auto of Ames, a business licensed to engage in the business of importing, manufacturing, and dealing in firearms, including the nine firearms identified in Count 3 of this Indictment. The two members of the conspiracy broke into Theisen's Home Farm Auto of Ames at

2

approximately 5:00 a.m. A third member of the conspiracy waited outside in a vehicle and drove the other two members of the conspiracy away from the scene following the theft.

4.   Following the theft, the defendant received the stolen firearms from other members of the conspiracy.

This is a violation of Title 18, United States Code, Section 371.

### THE GRAND JURY FURTHER CHARGES:

#### COUNT 3
#### (Aiding and Abetting Theft of Firearms from a Federal Firearms Licensee)

On or about March 12, 2024, in the Southern District of Iowa, the defendant, JIOVANNI MONROE THOMPSON, knowingly and unlawfully aided, abetted, and assisted the theft of one or more of the following firearms from the premises and inventory of Theisen's Home Farm Auto of Ames, a business licensed to engage in the business of importing, manufacturing, and dealing in firearms:

1. Taurus, Model TX22, .22 caliber pistol, with serial number 1TJ044279;
2. Taurus, Model G2C, nine-millimeter pistol, with serial number DG525082;
3. Taurus, Model G2C, nine-millimeter pistol, with serial number AEG501396;
4. Taurus, Model 856, .38 caliber revolver, with serial number AEM910241;
5. Taurus, Model 856, .38 caliber revolver, with serial number AEE463982;
6. Taurus, Model TH9, nine-millimeter pistol, with serial number ADD276898;
7. Bond Arms Inc. Rough Neck, .357 magnum/.38 special pistol, with serial number 374317
8. Ruger, Model Wrangler, .22 caliber pistol, with serial number 208-18945; and
9. Savage 110PCS, 350 Legend pistol, with serial number P940149.

Each of these firearms was shipped and transported in interstate and foreign commerce.

This is a violation of Title 18, United States Code, Sections 922(u), 924(i), and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
### (Unlawful User in Possession of a Firearm)

Between on or about March 19, 2024, and April 17, 2024, in the Southern District of Iowa, the defendant, JIOVANNI MONROE THOMPSON, in and affecting commerce, knowingly possessed a firearm, namely: a Taurus, Model G3C, nine-millimeter pistol, with serial number ADA657337. At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Unlawful User in Possession of Ammunition)

On or about May 7, 2024, in the Southern District of Iowa, the defendant, JIOVANNI MONROE THOMPSON, in and affecting commerce, knowingly possessed ammunition, namely, one or more of the following:

1. 56 rounds of "WIN Luger" nine-millimeter ammunition;
2. 11 rounds of "WMA 24" nine-millimeter ammunition; and
3. 2 rounds of "Hornady" nine-millimeter ammunition.

At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 2, 3, 4, and/or 5 of this Indictment, the defendant, JIOVANNI MONROE THOMPSON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 2, 3, 4, and/or 5 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Shai D. Gonzales
MacKenzie Benson Tubbs
Assistant United States Attorneys

7